**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

MJD LEGACY INVESTMENTS, INC.,         CASE NO.: 6:21-bk-01125-GER
                                       Chapter 7
    Debtor.
_____/

ROBERT THOMAS, AS CHAPTER 7 TRUSTEE    Adv. Proc. No.: 6:23-ap-00064-GER
FOR THE ESTATE OF MJD LEGACY
INVESTMENTS, INC.,

    Plaintiff,
v.

S.E. FALCON, LLC and JOSEPH TORRES,

    Defendants.
_____/

**AGREED MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO THE ADVERSARY COMPLAINT**

Defendants, S.E. FALCON, LLC and JOSEPH TORRES ("Defendants") file this *Agreed Motion for Extension of Time to Respond to the Adversary Complaint* (the "Agreed Motion"), and in support states as follows:

1. The Adversary Complaint commencing this proceeding (ECF No. 1) (the "Complaint") was filed on June 27, 2023. The Summons was issued on June 29, 2023 (ECF No. 2). Proof of Service was filed with the Court on July 5, 2023 (ECF No. 3).

2. The current deadline to respond to the Complaint is July 31, 2023.

3. Defendants are seeking and the Plaintiff has agreed to a thirty (30) day extension of time to respond to the Complaint through and including August 30, 2023.

4. No party will be prejudiced by the relief sought herein.

133620228.1

**WHEREFORE**, Defendants respectfully request the Court enter an order in substantially the form attached hereto as **Exhibit A**, granting the Agreed Motion and providing that the Defendants shall have through and including August 30, 2023, to file a response to the Complaint, and granting any other and further relief the Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Agreed Motion was served electronically on July 31, 2023, through the Court's CM/ECF system upon all parties and counsel of record registered to receive CM/ECF electronic notifications from the Bankruptcy Court in this case.

Respectfully submitted,

**CARLTON FIELDS, P.A.**
*Attorneys for Defendants*

*/s/ Alexandra D. Blye*
Alexandra D. Blye
Florida Bar No.: 71499
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
ablye@carltonfields.com

133620228.1