**ORDERED.**

**Dated: January 04, 2024**

_Grace E. Robson_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

MJD LEGACY INVESTMENTS, INC.,                    CASE NO.: 6:21-bk-01125-GER
                                                 Chapter 7
            Debtor.
_____/

ROBERT THOMAS, AS CHAPTER 7 TRUSTEE
FOR THE ESTATE OF MJD LEGACY                     Adv. No. 23-00064-GER
INVESTMENTS, INC.,

            Plaintiff,
v.

S.E. FALCON, LLC, and JOSEPH TORRES,

            Defendants.
_____/

### ORDER DISMISSING ADVERSARY PROCEEDING AS SETTLED

**THIS MATTER** came before the Court upon _Trustee's Motion for Approval of Compromise and Settlement with S.E. Falcon, LLC and Joseph Torres_ [ECF No. 232] in main

bankruptcy, Case No. 6:21-bk-01125-GER] and upon the *Order Granting Trustee's Motion For Approval Of Compromise And Settlement With S.E. Falcon, LLC and Joseph Torres* (the **"Order"**) [ECF No. 239 in main bankruptcy, Case No. 6:21-bk-01125-GER]. The Court, having reviewed the record and the file, and having been advised by the Plaintiff that the parties in the above-referenced Adversary Proceeding (the "***Adversary Proceeding***") have reached a settlement of the claims asserted by the Plaintiff in the Adversary Proceeding, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-captioned Adversary Proceeding is **DISMISSED AS SETTLED**.

2. This Court reserves and retains jurisdiction for the purpose of enforcing the Settlement and the Order, without limiting the ability of the Court to abstain from hearing a particular matter.

3. The Clerk is directed to close this Adversary Proceeding.

###

**Submitted By:**
Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for the Trustee*

**Copies Furnished To:**
Daniel N. Gonzalez, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.